go beyond step two. *Cf. Johnston v. Appel*, 210 F.3d 870, 871–75 (8th Cir.2000) (affirming step-two denial despite diagnoses of hyperthyroidism and related vision problems, probable panic and anxiety disorder, and occasional slow heart rate); *Nguyen v. Chater*, 75 F.3d 429, 431 (8th Cir.1996) (affirming step-two denial despite diagnosis of osteoarthritis). We also disagree with her contention that the ALJ was required to explain why Armoster's diagnoses had no more than a minimal impact on her ability to perform each of the basic work activities. *See Caviness v. Massanari*, 250 F.3d 603, 605 (8th Cir. 2001) (at step two, burden is on claimant to establish severe impairment).

Armoster's remaining arguments provide no basis for reversal. Accordingly, we affirm. *See Nguyen*, 75 F.3d at 431 (standard of review).

Lillie J. Williams, Des Arc, AR, pro se.

David Clifford Sward, for Appellees.

Before BYE, HANSEN, and MELLOY, Circuit Judges.

PER CURIAM.

Lillie Williams appeals the district court's [1] dismissal of her 42 U.S.C. § 1983 complaint. After de novo review, *see Springdale Educ. Ass'n v. Springdale Sch. Dist.*, 133 F.3d 649, 651 (8th Cir.1998), we conclude that the dismissal was proper.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

**Lillie J. WILLIAMS, Appellant,**

v.

**DES ARC CITY POLICE DEPARTMENT; Mayhar, Des Arc Police Department; Burnett, Des Arc Police Department, Appellees.**

**No. 05–3160.**

United States Court of Appeals, Eighth Circuit.

Submitted: July 13, 2006.

Decided: July 17, 2006.

**J. Michael MCCONNELL, Appellant,**

v.

**UNITED STATES of America, Appellee.**

**No. 05–1781.**

United States Court of Appeals, Eighth Circuit.

Submitted: July 7, 2006.

Decided: July 17, 2006.

1. The Honorable G. Thomas Eisele, United States District Judge for the Eastern District of Arkansas.